SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 APR 16 PM 6: 03

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDUARDO VALENZUELA-NUNEZ,<br>a/k/a Eden Mora-Castro,<br>a/k/a Damien Palacios, a/k/a Lalo,<br>a/k/a Gordo, a/k/a Viejon,<br>HERIBERTO AVILA-MERCADO<br>a/k/a Pony,<br>KAILEE MARIE DAVIS,<br>ROBYN RENEA HAMILTON, and<br>JESSICA MARIE HERNANDEZ,<br><br>Defendants | 8:13CR43<br><br>SUPERSEDING INDICTMENT<br>21 U.S.C. § 841(a)(1) & (b)(1)<br>21 U.S.C. §846 |

The Grand Jury Charges:

## COUNT I

Beginning on or about December 1, 2009, and continuing to on or about November 27, 2012, in the District of Nebraska and elsewhere, the Defendants, EDUARDO VALENZUELA-NUNEZ, a/k/a Eden Mora-Castro, a/k/a Damien Palacios, a/k/a Lalo, a/k/a Gordo, a/k/a Viejon, HERIBERTO AVILA-MERCADO, a/k/a Pony, KAILEE MARIE DAVIS, ROBYN RENEA HAMILTON, and JESSICA MARIE HERNANDEZ, knowingly and intentionally combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: distribution and possession with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about October 4, 2012, in the District of Nebraska, EDUARDO VALENZUELA-NUNEZ, a/k/a Eden Mora-Castro, a/k/a Damien Palacios, a/k/a Lalo, a/k/a Gordo, a/k/a Viejon, Defendant herein, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code Section 841(b)(1).

A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
THOMAS J. KANGIOR
Assistant United States Attorney

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 13 APR 16 PM 6:03 OFFICE OF THE CLERK