IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                                                              )<br>              Plaintiff,                             )<br>        v.                                                 )<br>                                                              )<br>JESSICA MARIE HERNANDEZ,    )<br>                                                              )<br>              Defendant.                         ) | Case No: 8:13CR43<br><br>**ORDER** |

 The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

   **IT IS ORDERED** that Michael J. Lehan is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

   **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   **IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Michael J. Lehan.

   DATED this 2nd day of May, 2013.

                                                              BY THE COURT:

                                                              s/ F.A. Gossett
                                                              United States Magistrate Judge